# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| AURORA CASKET COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-00220-TWP-DML |
| | ) | |
| CARIBBEAN FUNERAL SUPPLY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY ON JURISDICTION

The Plaintiff's Amended Complaint fails to allege all of the facts necessary for this Court to determine whether it has subject matter jurisdiction over this case. The Amended Complaint alleges federal jurisdiction based upon diversity of citizenship. However, the Amended Complaint fails to sufficiently allege the citizenship of Plaintiff Aurora Casket Company, LLC. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.*

The Amended Complaint alleges that "Aurora is a limited liability company organized pursuant to the laws of the State of Indiana with its principal manufacturing facility at 10944 Marsh Road, Aurora, Indiana 47001. . . . By virtue of citizenship of its sole member, Aurora is not a

citizen of Puerto Rico." ([Filing No. 20 at 2](#).) This jurisdictional allegation does not establish the citizenship of Plaintiff Aurora Casket Company, LLC. Alleging the identity and citizenship of the sole member of the Plaintiff limited liability company is necessary for this Court to determine whether it has jurisdiction.

Therefore, the Plaintiff is **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the sole member of Plaintiff Aurora Casket Company, LLC and that member's citizenship. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

**SO ORDERED.**

Date: 12/4/2017

*Tanya Walton Pratt*
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tatiana M. Alejandro-Souffront
Sepulveda & Maldonado, PSC
252 Ponce de Leon Ave.
Citibank Tower 19th Floor
San Juan, PR 00918

Lady E. Cumpiano
Sepulvado & Maldonado, PSC
Citibank Towers, 19th Floor
252 Ponce de Leon Avenue
Hato Rey, PR 00918

Lee Sepulvado-Ramos
Sepulvado & Maldonado PAC
304 Ponce de Leon Ave.
Suite 990
San Juan, PR 00918

Luz C. Molinelli-Gonzalez
Caribbean Legal Advisors
112 Uruguay St.
San Juan, PR 00917

Pedro Rafael Vazquez-Pesquera
112 Uruguay
Hato Rey, PR 00917