# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| AURORA CASKET COMPANY, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-cv-00220-TWP-DML ) |
| CARIBBEAN FUNERAL SUPPLY CORP., | ) ) ) |
| Defendant. | ) |

## ENTRY FOLLOWING POSITION STATEMENTS

On November 27, 2017, this case was transferred to this court from the United States District Court for the District of Puerto Rico as a result of that court's grant of a motion to transfer filed by Defendant Caribbean Funeral Supply Corp. ("Caribbean"). (Filing No. 38.) On December 14, 2017, this Court ordered the parties to file a statement of position as required by Local Rule 16-2 by January 5, 2018. (Filing No. 43.) Plaintiff Aurora Casket Company, LLC ("Aurora") complied and timely filed its position statement. (Filing No. 54.) Caribbean failed to comply by the deadline and was granted an extension until January 31, 2018 to file a statement of position, and to appear by counsel admitted to the bar of this Court or by *pro hac vice* admission. (Filing No. 55.) Caribbean has again failed to comply with the Court's orders.

Accordingly, the Court orders the following based on Aurora's position statement regarding what action the Court should take next in this case:

1. As previously ordered, counsel admitted to the bar of this Court or by *pro hac vice* admission shall immediately enter an appearance and Caribbean shall file an answer to Aurora's Amended Complaint by **Thursday, February 8, 2018**.

2. If Caribbean files an answer to the Amended Complaint, and admitted counsel files

an appearance, the parties shall contact the Magistrate Judge forthwith regarding scheduling an initial pretrial conference, and setting a date by which the parties will submit a joint Case Management Plan.

3. If Caribbean fails to timely respond to the Amended Complaint, Aurora may take the necessary steps to move for the entry of a clerk's default followed by a default judgment against Caribbean.

**SO ORDERED.**

Date: 2/5/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Gregory W. Pottorff
ICE MILLER LLP (Indianapolis)
gregory.pottorff@icemiller.com

Stephen Elliot Reynolds
ICE MILLER LLP (Indianapolis)
stephen.reynolds@icemiller.com

Pedro Rafael Vazquez-Pesquera
112 Uruguay
Hato Rey, Puerto Rico 00917

Luz C. Molinelli-Gonzalez
Caribbean Legal Advisors
112 Uruguay St.
San Juan, PR 00917